IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ASD SPECIALTY                )
HEALTHCARE, INC., d/b/a       )
Oncology Supply,             )
                              )
    Plaintiff,             )
                              )    CIVIL ACTION NO.
    v.                     )     1:14cv976-MHT
                              )       (WO)
INTEGRATED COMMUNITY          )
ONCOLOGY NETWORK, L.L.C.,     )
and THOMAS A. MARSLAND,       )
M.D.,                         )
                              )
    Defendants.            )

CONSENT JUDGMENT

For good cause shown, it is the ORDER, JUDGMENT, and DECREE of the court that the joint motions for consent judgment filed by defendant Integrated Community Oncology Network, LLC and plaintiff ASD Specialty Healthcare, Inc. d/b/a Oncology Supply, and by defendant Thomas A. Marsland, M.D. and plaintiff ASD Specialty Healthcare, Inc. d/b/a Oncology Supply, as agreed upon between the parties (doc. no. 56 and 57), are granted.

Accordingly, it is further the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of plaintiff ASD Specialty Healthcare, Inc. d/b/a Oncology Supply and against defendants Integrated Community Oncology Network, LLC, and Thomas A. Marsland, M.D., jointly and severally, in the total amount of $ 798,351.89, with interest to accrue from the entry of this judgment as provided by 28 U.S.C. § 1961(a), with each party to bear its own costs.

It is further ORDERED that plaintiff ASD Specialty Healthcare's outstanding motion for summary judgment (doc. no. 14) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of June, 2015.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE